UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX DAVIS,

                Plaintiff,

   -against-

OTIS BANTUM CORRECTIONAL
FACILITY, ET AL.,

                Defendants.

24 CIVIL 9628 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2025
         New York, New York

                                /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                       Chief United States District Judge